NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Aaron D. Aftergood
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 99067
(310) 550-5221

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lucine Trim and Anthony Frey, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

John C. Heath, Attorney at Law PC, d/b/a Lexington Law Firm, a Utah corporation,

Defendant(s)

CASE NUMBER:

2:20-cv-02161

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs Lucine Trim, Anthony Frey, and the Putative Class
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lucine Trim | Plaintiff |
| Anthony Frey | Plaintiff |
| John C. Heath, Attorney at Law PC d/b/a Lexington Law Firm | Defendant |
| The Aftergood Law Firm | Counsel for Plaintiff |
| Woodrow & Peluso, LLC | Counsel for Plaintiff |

3/5/2020
Date

s/ Aaron D. Aftergood
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Lucine Trim and Anthony Frey