Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

*\*pro hac vice*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **LUCINE TRIM and ANTHONY FREY,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**JOHN C. HEATH, ATTORNEY AT LAW, d/b/a LEXINGTON LAW FIRM,** a Utah corporation,<br><br>*Defendant.* | Case No. 20-cv-02161-SVW-MRW<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Filed concurrently with Declaration of Patrick H. Peluso, Redacted Version of Document Proposed to be Filed Under Seal, Unredacted Version of Document Proposed to be Filed Under Seal, and Proposed Order re Application for Leave to File Under Seal] |

Pursuant to Local Rule 79, Plaintiffs hereby apply for leave of Court to file Exhibit B to its forthcoming Motion for Class Certification under seal. Exhibit B is a response to a document request served by Defendant, which Defendant has marked confidential. The response reflects the number of leads Defendant has obtained from the lead sources at issue in this case.

Defendant's counsel has advised that it considers the number of leads to be confidential and does not oppose this application. Defendant does not oppose this application to file Exhibit B under seal.

Plaintiffs respectfully request that the Court grant the application to file Exhibit B. under seal.

Respectfully submitted,

**LUCINE TRIM AND ANTHONY FREY**, individually and on behalf of all others similarly situated,

Dated: August 5, 2020        By:   /s/ Patrick H. Peluso

One of Plaintiff's Attorneys


Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Alleged Class*

*\*pro hac vice*

1

2 <u>**CERTIFICATE OF SERVICE**</u>

3

4      The undersigned, Patrick H. Peluso, hereby certifies that a true and correct

5 copy of the above papers was served upon counsel of record by filing such papers

6 via the Court's ECF system on August 5, 2020.

7                           <u>/s/ Patrick H. Peluso</u>

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28