# EXHIBIT B

Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6056
Facsimile: 858.509.6040

Attorney for Defendant
John C. Heath Attorney at Law, PC
d/b/a Lexington Law Firm

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| Lucine Trim, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> John C. Heath Attorney at Law, PC d/b/a Lexington Law Firm, <br><br> Defendant. | Case No. 2:20-cv-02161-SVW-MRW <br><br> **DEFENDANT JOHN C. HEATH ATTORNEY AT LAW, PC D/B/A LEXINGTON LAW FIRM'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND FOR THE INSPECTION OF TANGIBLE THINGS** |

Defendant John C. Heath Attorney at Law, PC d/b/a Lexington Law Firm ("Lexington"), by counsel, submits the following responses to Plaintiffs' First Set of Requests for the Production of Documents and for the Inspection of Tangible Things.

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

1

2  **Response:** Lexington objects to this Document Request to the extent that it
3  seeks information protected by the attorney-client privilege, the attorney work-
4  product doctrine, or any other applicable rule of privilege, immunity or
5  confidentiality provided by law. Lexington objects to this Document Request to the
6  extent it did not call Plaintiff Anthony Frey on May 4, 2018, as alleged in
7  Plaintiffs' Complaint.

8  Subject to and without waiving the foregoing objections, Lexington responds
9  as follows: *see* LEXLAW_TRIM000001–LEXLAW_TRIM000002,
10 LEXLAW_TRIM001087.

11

12 **Document Request No. 4:** All Documents sufficient to Identify all persons
13 who You (or a third-party acting on Your behalf or for Your benefit) caused to be
14 called on their cellphones using the same equipment that was used to call Plaintiffs
15 where prior express consent to call the person was obtained in the same manner as
16 You claim prior express consent was obtained to call Plaintiff [sic].

17

18 **Response [CONFIDENTIAL]:**



19
20
21
22
23
24
25
26
27
28

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 3 -

PLAINTIFFS' FIRST REQUESTS FOR
PRODUCTION OF DOCUMENTS



**Document Request No. 5:** All Documents sufficient to Identify any third part(ies) from or through whom You obtained Lead Information regarding the Plaintiffs together with Your complete contract or other arrangement or agreement with any third part(ies) from or through whom You obtained Lead Information regarding the Plaintiff.

**Response:** Lexington objects to this Document Request to the extent that the phrase "other arrangement or agreement" is vague and ambiguous. Lexington further objects to the extent this Document Request is overbroad and seeks documents not relevant to any party's claims or defenses. Lexington further objects to the extent this Document Request calls for confidential and/or private information relating to third parties. Lexington objects to the extent the request calls for documents that contractually require a third party's consent prior to production.

Subject to and without waiving the foregoing objections, Lexington responds as follows: *see* LEXLAW_TRIM001043–LEXLAW_TRIM001050.

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 4 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS