# EXHIBIT A

Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6056
Facsimile: 858.509.6040

Attorney for Defendant
John C. Heath Attorney at Law, PC
d/b/a Lexington Law Firm

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION – LOS ANGELES)**

| | |
|---|---|
| Lucine Trim, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>John C. Heath Attorney at Law, PC d/b/a Lexington Law Firm,<br><br>    Defendant. | Case No. 2:20-cv-02161-SVW-MRW<br><br>**DEFENDANT JOHN C. HEATH ATTORNEY AT LAW, PC D/B/A LEXINGTON LAW FIRM'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

Defendant John C. Heath Attorney at Law, PC d/b/a Lexington Law Firm ("Lexington"), by counsel, submits the following responses to Plaintiffs' First Set of Interrogatories.

**INTERROGATORIES**

**Interrogatory No. 1:** Identify and Describe the manner by which Plaintiffs' cellphone numbers and prior express consent to call Plaintiffs' cellphone number was obtained by You (or by any person acting on Your behalf, for Your benefit, or

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

DEFENDANT'S RESPONSES TO
PLAINTIFFS' FIRST SET OF
INTERROGATORIES

in accordance with any agreement with You), including identification of the complete Consent Language that was used to obtain such express consent.

**Response:**  Lexington objects to this Interrogatory to the extent the phrase "acting on Your behalf, for Your benefit, or in accordance with any agreement with You" is vague and ambiguous.

Subject to and without waiving the foregoing objections, on February 10, 2018, Plaintiff Lucine Trim completed a lead form with CarLoanClub.com in which she provided her express consent to be contacted by Lexington.  *See* LEXLAW_TRIM000001–LEXLAW_TRIM000002.  On February 11, 2018, Plaintiff Lucine Trim placed an inbound telephone call to OneLoanPlace.com.  A representative from OneLoanPlace.com transferred Ms. Trim to a representative from Lexington.  During Ms. Trim's telephone call with the representative from Lexington, she provided express consent to be contacted by Lexington.  *See* LEXLAW_TRIM001087.  Responding further, Lexington has no record of contacting Plaintiff Anthony Frey on May 4, 2018.

**Interrogatory No. 2:**  Identify all telephone numbers to whom You (or any person acting on Your behalf, for Your benefit, or in accordance with any agreement with You) caused to be placed at least one call where prior express consent to make the call was obtained via www.carloanclub.com together with the total number of calls to each number so identified and the dates and times of each such call.

**Response:**  Lexington objects to this Interrogatory to the extent the phrase "acting on Your behalf, for Your benefit, or in accordance with any agreement with You" is vague and ambiguous.  Lexington further objects to the extent this Interrogatory is overbroad and seeks documents not relevant to any party's claims

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

- 2 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

or defenses. Lexington objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable rule of privilege, immunity or confidentiality provided by law. Lexington further objects to the extent this Interrogatory seeks a list of putative class members despite the fact that no class has been (or can be) certified. *See Mandrigues v. World Sav., Inc.*, 2008 U.S. Dist. LEXIS 134780, at *6 (N.D. Cal. June 20, 2008) ("'Courts have ordinarily refused to allow discovery of class members' identities at the pre-certification stage . . . .'" (quoting *Dziennik v. Sealift, Inc.*, No. 05-CV-4659, 2006 U.S. Dist. LEXIS 33011, at *3 (E.D.N.Y. May 23, 2006))).

Subject to and without waiving the foregoing objections, *see* Lexington's Response to Document Request No. 4.

**Interrogatory No. 3:** Identify all third-parties who placed calls to Plaintiffs on Your behalf, for Your benefit, or in accordance with any agreement with You.

**Response:** Lexington objects to this Interrogatory to the extent that the phrase "on Your behalf, for Your benefit, or in accordance with any agreement" is vague and ambiguous. Lexington further objects to the extent this Interrogatory is overbroad and seeks documents not relevant to any party's claims or defenses. Lexington further objects to the extent this Interrogatory calls for confidential and/or private information relating to third parties.

Subject to and without waiving the foregoing objections, none.

**Interrogatory No. 4:** Identify any and all websites from which consent to call Plaintiffs was obtained and the entity from which You obtained Lead Information about the Plaintiffs.

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 3 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

**Response:** Lexington objects to the extent this Interrogatory is overbroad and seeks documents not relevant to any party's claims or defenses. Lexington objects to the extent this Interrogatory calls for confidential and/or private information relating to third parties.

Subject to and without waiving the foregoing objections, on February 10, 2018, Plaintiff Lucine Trim completed a lead form with CarLoanClub.com in which she provided her express consent to be contacted by Lexington. *See* LEXLAW_TRIM000001–LEXLAW_TRIM000002. On February 11, 2018, Plaintiff Lucine Trim placed an inbound telephone call to OneLoanPlace.com. A representative from OneLoanPlace.com transferred Ms. Trim to a representative from Lexington. During Ms. Trim's telephone call with the representative from Lexington, she provided express consent to be contacted by Lexington. *See* LEXLAW_TRIM001087.

**Interrogatory No. 5:** Identify and describe all databases, including database name, location, and schema, on which any personal information regarding Plaintiff [sic] or any other Person who You caused to be called where the Person's Lead Information came from www.carloanclub.com resides.

**Response:** Lexington objects to the extent the terms "databases," "location," and "schema" are vague and ambiguous. Lexington further objects to the extent this Interrogatory is overbroad and seeks documents not relevant to any party's claims or defenses. Indeed, the database information sought would not serve to support Plaintiffs' claims and is aimed at obtaining a list of putative class members despite the fact that no class has been (or can be) certified. *See Mandrigues v. World Sav., Inc.*, 2008 U.S. Dist. LEXIS 134780, at *6 (N.D. Cal. June 20, 2008) ("'Courts have ordinarily refused to allow discovery of class members' identities at the pre-certification stage . . . .'" (quoting *Dziennik v. Sealift, Inc.*, No. 05-CV-4659,

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 4 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

2006 U.S. Dist. LEXIS 33011, at *3 (E.D.N.Y. May 23, 2006))). Lexington further objects to the extent this Interrogatory calls for confidential and/or private information relating to third parties. Lexington objects to this Interrogatory to the extent the information requested is not in the possession, custody or control of Lexington.

**Interrogatory No. 6:** Identify and describe the Dialing Equipment used to make the calls to Plaintiff [sic] and the dates You (or a third-party acting on Your behalf or for Your benefit) used such Dialing Equipment.

**Response:** Lexington objects to the extent the phrase "the calls" is vague and ambiguous. Pursuant to Fed. R. Civ. P. 33(d), PRUS further objects to this Interrogatory to the extent the answer may be determined from a party's business records and the burden of deriving or ascertaining the answer will be substantially the same for either party.

Subject to and without waiving the foregoing objections, *see* LEXLAW_TRIM000003–LEXLAW_TRIM001042. Lexington placed two telephone calls to Plaintiff Lucine Trim on March 26, 2018, and March 30, 2018. *See* LEXLAW_TRIM001088–LEXLAW_TRIM001089.

**Interrogatory No. 7:** Of the Persons Identified in response to Interrogatory No. 6 above, Identify all such Persons who were called using the Dialing Equipment that was used to make the calls to Plaintiff.

**Response:** Lexington objects to the extent this Interrogatory is generally vague and ambiguous. Lexington further objects to the extent this Interrogatory is overbroad and seeks documents not relevant to any party's claims or defenses.

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 5 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Indeed, Interrogatory No. 6 is limited to "calls to Plaintiff[s]." Lexington further objects to the extent this Interrogatory calls for confidential and/or private information relating to third parties.

Subject to and without waiving the foregoing objections, Plaintiff Lucine Trim.

**Interrogatory No. 8:** Identify and describe Your complete relationship with www.carloanclub.com.

**Response:** Lexington objects to the extent the phrase "complete relationship" is vague and ambiguous. Lexington further objects to the extent this Interrogatory is overbroad and seeks documents not relevant to any party's claims or defenses. Lexington further objects to the extent this Interrogatory calls for confidential and/or private information relating to third parties.

Subject to and without waiving the foregoing objections, Lexington has a contractual relationship with a third-party independent contractor, Progrexion Marketing, Inc. ("Progrexion"), to provide services in order to market and promote Lexington's credit report error correction services. The agreement permits Progrexion to subcontract with other providers of advertising services, such as CarLoanClub.com, to provide the specified services under the agreement. The subcontractors may operate different consumer facing websites where consumers may visit and provide their prior express consent to be called. *See* LEXLAW_TRIM001043–LEXLAW_TRIM001050.

**Interrogatory No. 9:** Identify and describe all calls and attempted calls made to Plaintiff [sic] identifying the dates and times of such calls, whether such calls were manually dialed or automatically dialed, and the purpose of each such call.

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 6 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

**Response:** Lexington objects to the extent the phrases "attempted calls" and "automatically dialed" are vague and ambiguous. Lexington further objects to the extent this Interrogatory is overbroad and seeks documents not relevant to any party's claims or defenses. Indeed, Plaintiffs' Complaint alleges two calls placed to Plaintiff Lucine Trim on March 26, 2018, and March 30, 2018, respectively, and one call placed to Plaintiff Anthony Frey on May 4, 2018, however this Request asks for documents concerning "all calls and attempted calls."

Subject to and without waiving the foregoing objections, Lexington placed two telephone calls to Plaintiff Lucine Trim on March 26, 2018, and March 30, 2018. *See* LEXLAW_TRIM001088–LEXLAW_TRIM001089. These calls were placed after Plaintiff Lucine Trim provided her express consent to be contacted by Lexington on two occasions. On February 10, 2018, Plaintiff Lucine Trim completed a lead form with CarLoanlub.com in which she provided her express consent to be contacted by Lexington. *See* LEXLAW_TRIM000001–LEXLAW_TRIM000002. Further, in a telephone call with a Lexington representative on February 11, 2018, Ms. Trim expressed interest in Lexington's services, confirmed her telephone number, and consented to be called at that number. *See* LEXLAW_TRIM001087. Responding further, Lexington has no record of contacting Plaintiff Anthony Frey on May 4, 2018.

**Interrogatory No. 10:** Provide Your complete factual basis for contending that Plaintiffs provided You prior express consent to be called by You (or on Your behalf or for Your benefit).

**Response:** Lexington objects to this Interrogatory to the extent that the phrase "on Your behalf or for Your benefit" is vague and ambiguous. Lexington objects to this Interrogatory to the extent that it seeks information protected by the

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 7 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

attorney-client privilege, the attorney work-product doctrine, or any other applicable rule of privilege, immunity or confidentiality provided by law. Lexington objects to this Interrogatory to the extent that it is premature because discovery is ongoing. Lexington expressly reserves its right to supplement its response to this Interrogatory.

Subject to and without waiving the foregoing objections, *see* Response to Interrogatory No. 1.

**Interrogatory No. 11:** Describe Your investigation into the allegations that Anthony Frey received a telemarketing phone call placed either by You or on Your behalf or for Your benefit from the number (502) 519-3094, including all third-parties who You contacted in the course of such investigation.

**Response:** Lexington objects to the extent this Interrogatory calls for confidential and/or private information relating to third parties. Lexington further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable rule of privilege, immunity or confidentiality provided by law.

**Interrogatory No. 12:** Identify and Describe any and all steps You took to verify the validity of any supposed prior express consent provided by Plaintiffs which You claim was obtained by a third-party.

**Response:** Lexington objects to the extent the phrase "verify the validity of any supposed prior express consent" is vague and ambiguous. Lexington further objects to the extent this Interrogatory calls for confidential and/or private information relating to third parties. Lexington objects to the extent this Interrogatory assumes facts not in evidence, including that Lexington had an

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 8 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

obligation to verify the validity of prior express consent provided by Plaintiffs via a third party. Lexington objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable rule of privilege, immunity or confidentiality provided by law.

Dated: August 3, 2020

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Chad R. Fuller*
Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:  858.509.6056
Facsimile:  858.509.6040

Attorney for Defendant
John C. Heath Attorney at Law, PC
d/b/a/ Lexington Law Firm

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

- 9 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:   858.509.6056
Facsimile:    858.509.6040

Attorney for Defendant
John C. Heath Attorney at Law, PC
d/b/a Lexington Law Firm

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION – LOS ANGELES)**

| | |
|---|---|
| Lucine Trim, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>John C. Heath Attorney at Law, PC<br>d/b/a Lexington Law Firm,<br><br>           Defendant. | Case No. 2:20-cv-02161-SVW-MRW<br><br>**VERIFICATION** |

   I,  John C. Heath , state that I have read the foregoing Defendant John C. Heath Attorney at Law, PC, d/b/a Lexington Law Firm's Responses to Plaintiff's First Set of Interrogatories ("Responses), and that while I do not have personal knowledge of all the facts recited in these Responses, the information contained has been collected and made available to me by others, and these Responses are true to the best of my knowledge, information, and belief based upon the information made available to me; and that these Responses are verified on behalf of John C. Heath Attorney at Law, PC, d/b/a Lexington Law Firm in this litigation.

Executed on August 3, 2020

*/s/ John C. Heath*

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

- 10 -

DEFENDANT'S RESPONSES TO
PLAINTIFFS' FIRST SET OF
INTERROGATORIES

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2020, I served the foregoing via electronic mail on the following counsel of record:

Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Ste. 300
Denver, Colorado 80210
Tel: 720.234.0675
Fax: 303.927.0809

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Tel: 310.550.5221
Fax: 310.496.2840

*Attorneys for Plaintiffs*

By: */s/ Chad R. Fuller*
Chad R. Fuller, Bar No. 190830

109062913

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 11 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES