# EXHIBIT D

Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:   858.509.6056
Facsimile:    858.509.6040

Attorney for Defendant
John C. Heath Attorney at Law, PC
d/b/a Lexington Law Firm

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| Lucine Trim, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>John C. Heath Attorney at Law, PC d/b/a Lexington Law Firm,<br><br>　　　　　Defendant. | Case No. 2:20-cv-02161-SVW-MRW<br><br>**DEFENDANT JOHN C. HEATH ATTORNEY AT LAW, PC D/B/A LEXINGTON LAW FIRM'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND FOR THE INSPECTION OF TANGIBLE THINGS** |

　　　　Defendant John C. Heath Attorney at Law, PC d/b/a Lexington Law Firm ("Lexington"), by counsel, submits the following responses to Plaintiffs' First Set of Requests for the Production of Documents and for the Inspection of Tangible Things.

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

**Document Request No. 6:** All Documents sufficient to Identify the Dialing Equipment used to make the calls to Plaintiffs, including all software and hardware components.

**Response:** Lexington objects to the extent the phrases "the calls" and "all software and hardware components" are vague and ambiguous.

Subject to and without waiving the foregoing objections, Lexington responds as follows: *see* LEXLAW_TRIM000003–LEXLAW_TRIM001042.

**Document Request No. 7:** All Documents supporting Your assertion, if any, that Plaintiffs are inadequate to serve as Class Representatives.

**Response:** Lexington objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable rule of privilege, immunity or confidentiality provided by law. Lexington objects to this Interrogatory to the extent that it is premature because discovery is ongoing. Lexington expressly reserves its right to supplement its response to this Interrogatory.

Subject to and without waiving the foregoing objections, Lexington responds as follows: none.

**Document Request No. 8:** All Documents supporting Your assertion, if any, that Plaintiff's attorneys are inadequate to serve as Class Counsel.

**Response:** Lexington objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable rule of privilege, immunity or

TROUTMAN PEPPER
HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA  92130-2092

- 5 -

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

confidentiality provided by law. Lexington objects to this Interrogatory to the extent that it is premature because discovery is ongoing. Lexington expressly reserves its right to supplement its response to this Interrogatory.

Subject to and without waiving the foregoing objections, Lexington responds as follows: none.

**Document Request No. 9:** Copies of any subpoenas You cause to be issued or served in the case together with proofs of service, if any, and any responsive materials received.

**Response:** None.

**Document Request No. 10:** The sworn or unsworn statements of any witnesses.

**Response:** Lexington objects to the extent this Document Request is generally vague and ambiguous.

Subject to and without waiving the foregoing objections, Lexington responds as follows: none.

**Document Request No. 11:** All Documents sufficient to Identify any policies, practices, procedures, or any other steps You have caused to be taken to ensure compliance with the TCPA or any telemarketing rules or regulations.

**Response:** Lexington objects to this Document Request to the extent that the phrase "any telemarketing rules or regulations" is vague and ambiguous. Lexington further objects to the extent this Document Request is overbroad, not proportional to the needs of this case, and seeks documents not relevant to any party's claims or