# Exhibit D

5802.100 - EAUTOSOLUTIONS_CPA

2018-02-10

| WID | Vendor | IP Address | First | Last | Email | City | State | Zip | Bad? | Dupe? | Updated | Submitted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ███████ | Lucine | Alsuliman | ███████ | North Hollywood | CA | 91606 | | | 2018-02-10 19:43:33 | 2018-02-10 19:43:32 |

1 lead for 2018-02-10