Patrick H. Peluso*
ppeluso@woodrowpeluso.com*
3900 East Mexico Avenue, Suite 300
Denver, Colorado  80210
Telephone:   (720) 213-0676
Facsimile:    (303) 927-0809
*Pro Hac Vice

Attorneys for Plaintiffs and the alleged Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LUCINE TRIM and ANTHONY FREY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, d/b/a LEXINGTON LAW FIRM, a Utah corporation,<br><br>*Defendant.* | Case No. 20-cv-02161-SVW-MRW<br><br>**STIPULATION OF DISMISSAL** |

1  Plaintiffs and Defendant, through their counsel, stipulate as follows:

2  1. Plaintiffs filed this action against Defendant.

3  2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiffs against Defendant.

Plaintiffs and Defendant further agree that each party is to bear his, her, or its own attorney's fees and costs.

December 4, 2020                Respectfully Submitted,

**LUCINE TRIM AND ANTHONY FREY** individually and on behalf of all other similarly situated,

/s/ Patrick H. Peluso

One of Plaintiff's Attorneys

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E Mexico Avenue
Suite 300
Denver, Colorado 80210
Tel: 720-213-0676
Fax: 303-927-0809

*Pro Hac Vice

| | |
|---|---|
| December 4, 2020 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| | |
| | By: */s/ Chad R. Fuller* |
| | Chad R. Fuller, Bar No. 190830 |
| | chad.fuller@troutmansanders.com |
| | TROUTMAN PEPPER HAMLTON SANDERS LLP |
| | 11682 El Camino Real, Suite 400 |
| | San Diego, CA  92130 |
| | Telephone:  858.509.6056 |
| | Facsimile:  858.509.6040 |
| | |
| | Attorney for Defendant |
| | John C. Heath Attorney at Law, PC d/b/a/ Lexington Law Firm |

## **CERTIFICATE OF SERVICE**

The undersigned, Patrick H. Peluso, hereby certifies that a true and correct copy of this Stipulation of Dismissal was served upon counsel of record by filing such papers via the Court's ECF system on December 4, 2020.

/s/ Patrick H. Peluso