1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **LUCINE TRIM and ANTHONY FREY,** individually and on behalf of all others similarly situated, | Case No. 20-cv-02161-SVW-MRW |
| *Plaintiff,* | |
| *v.* | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| **JOHN C. HEATH, ATTORNEY AT LAW, d/b/a LEXINGTON LAW FIRM,** a Utah corporation, | |
| *Defendant.* | |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiffs Lucine Trim and Anthony Frey's claims against Defendant John C. Heath Attorney at Law, PC d/b/a Lexington Law Firm are dismissed with prejudice. Each party shall bear its own fees and costs incurred.

Dated:   December 7, 2020

_____

HON. STEPHEN V. WILSON
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING
STIPULATION OF DISMISSAL